# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **EPHAN MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:22-cv-00219-RDP |
| ) | **UNOPPOSED** |
| **JOSEPH BINDER, CORDARO MELTON,** ) | |
| **and GEOFFREY GRIFFIN,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT CORDARO MELTON'S NOTICE OF WAIVER AND UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW Defendant Cordaro Melton, by and through undersigned counsel, and provides notice of waiver of service of process and moves for an extension of time to file his answer in this cause and for grounds states as follows:

1. Defendant Cordaro Melton has waived service of process in this action.

2. Counsel for Defendant Melton entered an appearance for Defendant Melton on April 28, 2022.

3. Plaintiff's counsel has agreed to permit Defendant Melton until May 23, 2022 to file a responsive pleading.

4. Defendant Melton's request for an extension to file his responsive pleading is not for any improper purpose and will not prejudice any party.

WHEREFORE, PREMISES CONSIDERED, Defendant Cordaro Melton respectfully requests an enlargement of time, up to and including May 23, 2022, to file his response to the Plaintiff's Complaint.

Respectfully submitted,

*/s/ Thomas A. McKnight, Jr.*
Albert L. Jordan
bjordan@wallacejordan.com
Thomas A. McKnight, Jr.
tmcknight@wallacejordan.com
M. Alexandra Underwood
aunderwood@wallacejordan.com

*Special Deputy Attorneys General for Defendant Cordaro Melton*

**OF COUNSEL:**
**Wallace, Jordan, Ratliff & Brandt, LLC**
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
Phone: (205) 870-0555

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF e-filing system, which will send notification of this filing to all counsel of record.

Austin T. Russell, Esq.
Leroy Maxwell, Jr., Esq.
Maxwell and Tillman Law Firm
2326 2nd Avenue North
Birmingham, AL 35203
arussell@mxlawfirm.com
maxwell@mxlawfirm.com

Richard Allan Rice, Esq.
The Rice Law Firm, LLC
420 20th Street North, Suite 2000
Birmingham, AL 35201
rrice@rice-lawfirm.com

                                                    */s/ Thomas A. McKnight, Jr.*
                                                    Of Counsel