FILED
2022 Jun-02 PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit B

DOCUMENT 8
Case 2:22-cv-00219-RDP-NAD   Document 21-2   Filed 06/02/22   Page 2 of 3
ELECTRONICALLY FILED
2/10/2022 11:03 AM
03-CV-2021-900868.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| JOE BINDER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CASE NO. CV-21-900868 |
| | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Respondent. | ) |

## MOTION TO DISMISS

Comes now the Respondent, by and through undersigned counsel and move that this Petition for Writ of Mandamus be denied and dismissed, based upon the following:

1. Petitioner does not state a claim upon which relief can be granted, pursuant to Rule 12(b)(6), A.R.C.P.  The Department of Corrections has no authority over the Alabama State Personnel Board Administrative Law Judge Randy Salle' or his rulings..

2. Respondent supplies the Court with Exhibit "A" for review and to refute the allegations of Petitioner.  The Criminal Investigation is still pending against Petitioner and the case will be presented to the Grand Jury.

WHEREFORE, the premises considered, this Petition for Writ of Mandamus is due to be denied and dismissed, and that cost be assessed against the Petitioner.

Respectfully submitted,

Steve Marshall
Attorney General

Carrie Ellis McCollum (ELL037)
General Counsel

/s/
Stephanie L. Smithee
Stephanie L. Smithee (SMI255)
Assistant Attorney General

OF COUNSEL:

Alabama Department of Corrections
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
(334) 353-3890

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2022, I electronically filed the foregoing with the Clerk of the Court through ALAFILE e-filing system which will send notification of such filing to the following (or by U.S. Mail to the non-electronic participants):

Scott Morro, Esq.
Morro Law Center, LLC
P.O. Box 1644
Gardendale, AL  35071

/s/
Stephanie L. Smithee
Stephanie L. Smithee (SMI255)
Assistant Attorney General