# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EPHAN MOORE,** | } |
| **Plaintiff,** | } |
| v. | } Case No.:  2:22-CV-219-RDP |
| **JOSEPH BINDER, et al.,** | } |
| **Defendants.** | } |

## **ORDER**

This matter is before the court on the following motions: Defendant Griffin's Motion to Dismiss (Doc. # 13), Defendant Melton's Motion to Stay (Doc. # 21), and Defendant Binder's Motion to Stay (Doc. # 23). Defendants Melton and Binder have asked the court to temporarily stay this civil case pending the resolution of a parallel criminal investigation. The parties have briefed the motions to stay, and the court held a telephonic conference with counsel for the parties on June 14, 2022. Plaintiff has expressed concern that a stay of the case, particularly in light of the statute of limitations for Plaintiff's claims, may result in the inability to add defendants who are currently unknown to Plaintiff.

For the reasons explained during the telephonic conference, Defendant Melton's Motion to Stay (Doc. # 21) and Defendant Binder's Motion to Stay (Doc. # 23) are **GRANTED**. The action is **STAYED** pending a decision by the District Attorney for Jefferson County parallel investigation to begin criminal proceedings. The parties **SHALL** submit a joint report to the court **within 60 days of the entry of this order**, detailing the status of this matter and the status of the parallel investigation.

Further, the Clerk of Court is **DIRECTED** to randomly select a Magistrate Judge from Birmingham for the purpose of working with the parties to develop a discovery plan that protects Defendants' rights against self-incrimination while also permitting Plaintiff to determine whether additional defendants should be added.

Defendant Griffin's Motion to Dismiss (Doc. # 13) is **ADMINISTRATIVELY TERMINATED**. After the court lifts the stay in this action, Defendant Griffin may refile his motion, if appropriate.

**DONE** and **ORDERED** this June 14, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE